**Order filed October 25, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00743-CV
_____

**GEORGE JOSEPH ASSETS, LLC, AND THE ACKEL HEIRS (GEORGE ACKEL, III, ADAM A. ACKEL, ALANA ACKEL TALLO AND ALEXANDER ACKEL)., Appellants**

**V.**

**JERILYN LEA CHENEVERT, F/K/A JERILYN LEA ACKEL AND J CHENEVERT PROPERTIES, LLC, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06084**

---

## O R D E R

The notice of appeal in this case was filed September 19, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 4, 2016.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM